UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION No.: 25-cv-23064-EFD

DMITRII SHITOV

Plaintiff,

v.

U.S. DEPARTMENT OF

HOMELAND SECURITY, et al.,

Defendants



FILED BY _____ D.C.

AUG 29 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### MOTION FOR EXTENSION OF TIME TO FILE THE OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS

COMES NOW, Plaintiff DMITRII SHITOV, with this Motion for Extension of Time to File Opposition to Defendant's Motion to dismiss, and in support thereof states the following:

1. Pending before this Court is the Defendant's Motion to Dismiss.

2. The Answer to the Motion to Dismiss is due by September 2, 2025.

3. The Plaintiff is respectfully asking for a 30-day extension to file a response and opposition to the Motion to Dismiss. The intervening holidays have significantly limited my ability to prepare my response. The Plaintiff humbly asks for additional time to research applicable case law, precedents, and procedural rules to present my arguments accurately.

WHEREFORE, Plaintiff DMITRII SHITOV asks this Court to:

a. grant this motion;

b. not to dismiss the case;

c. grant a 30-day extension until October 2, 2025 to file a response.

Certificate of Service

I hereby certify that a copy of this document was served through email and regular mail to:

United States District Court, Southern District of Florida

JUDGE ELLEN FRANCES D'ANGELO

Attention: Intake for docketing

James Lawrence King Federal Justice Building

99 N.E. Fourth Street

10th Floor

Miami, Florida 33132

and to

JASON A. REDING QUIÑONES

United States Attorney

MICHELE VIGILANCE

Assistant U.S. Attorney

E-mail: michele.vigilance@usdoj.gov

99 N.E. 4th Street, Suite 300

Miami, Florida 33132

on the 29th day of August, 2025.

Dated: August 29, 2025

DMITRII SHITOV