UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION No.: 25-cv-23064-EFD

DMITRII SHITOV

Plaintiff,

v.

U.S. DEPARTMENT OF

HOMELAND SECURITY, et al.,

Defendants

FILED BY D.C.
SEP 08 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNOPPOSED MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO FILE THE OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS**

COMES NOW, Plaintiff DMITRII SHITOV, and respectfully moves this Court for an extension of time, nunc pro tunc, to file his Opposition to Defendants' Motion to dismiss, and in support thereof states the following:

1. Pending before this Court is the Defendants' Motion to Dismiss.

2.Plaintiff's Opposition to the Motion to Dismiss was due on September 2, 2025.

3. The Plaintiff is respectfully asking for a 30-day extension to file a response and opposition to the Motion to Dismiss due to intervening holidays and the need to consult with professionals, research applicable case law, precedents, and procedural rules to present the arguments accurately.

WHEREFORE, Plaintiff DMITRII SHITOV asks this Court to:

a. grant this motion;

b. grant Plaintiff until October 2, 2025, to file his Opposition; and

c. grant such further relief as the Court deems just and proper.

Certificate of Conferral

Pursuant to Local Rule 7.1(a)(3), I conferred with counsel for Defendants regarding the relief requested in this motion. Counsel stated that Defendants do not oppose this motion.

Dated: September 8, 2025

DMITRII SHITOV

Certificate of Service

I hereby certify that a copy of this document was served through email and regular mail to:

JASON A. REDING QUIÑONES

United States Attorney

MICHELE VIGILANCE


 Assistant U.S. Attorney

E-mail: michele.vigilance@usdoj.gov

99 N.E. 4th Street, Suite 300

Miami, Florida 33132

on the 8th day of September, 2025.

Dated: September 8, 2025

DMITRII SHITOV