UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23064-CIV-D'ANGELO

**DMITRII SHITOV,**

    **Plaintiff,**

vs.

**KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY (DHS), et al.,**

    **Defendants.**
_____/

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** is before the Court on Plaintiff Dmitrii Shitov's Unopposed Motion for Extension of Time Nunc Pro Tunc to File the Opposition to the Defendants' Motion to Dismiss filed on September 8, 2025 (DE 18).[1]  Having considered the pertinent portions of the record, and being otherwise fully advised in the premises, for good cause shown, it is hereby **ORDERED and ADJUDGED** that:

The Motion is **GRANTED**.  Plaintiff shall have until October 2, 2025 to file a response to Defendants' Motion to Dismiss.

**DONE and ORDERED** in Chambers in Miami, Florida on this 8th day of September, 2025.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:    *Pro Se* Plaintiff Dmitrii Shitov
       All Counsel of Record

---

[1] Pursuant to Administrative Order 2024-10 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.