# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 25-cv-23064-EFD

DMITRII SHITOV,

     **Plaintiff,**

v.

U.S. DEPARTMENT OF
HOMELAND SECURITY, et al.,

     **Defendants.**

_____/

## ORDER GRANTING MOTION TO STAY
## PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS

THIS CAUSE is before the Court upon the Defendants' Unopposed Motion to Stay Pending Resolution of Defendants' Motion to Dismiss, (ECF No. 19). After thorough review and consideration, it is hereby ORDERED that all deadlines in the Court's Scheduling Order, ECF No. 15 is STAYED pending a ruling on Defendants' Motion to Dismiss, ECF No. 13.

Following the ruling on the Motion to Dismiss, the Court will issue an Amended Scheduling Order with updated deadlines.

DONE AND ORDERED in Chambers at Miami, Florida, on September ____, 2025.


_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE