UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-23064-CIV-D'ANGELO

**DMITRII SHITOV,**

    **Plaintiff,**

vs.

**KRISTI NOEM, SECRETARY, DEPARTMENT
OF HOMELAND SECURITY (DHS), et al.,**

    **Defendants.**
_____/

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY**

    **THIS CAUSE** is before the Court on Defendants Kristi Noem, Secretary, Department of Homeland Security (DHS), Pamela Bondi, Attorney General, U.S. Department of Justice, Kika Scott, Director, U.S. Citizenship and Immigration Services (USCIS), Ted H. Kim, Associate Director, USCIS Refugee, Asylum, and International Operations Directorate (RAIO), and Erin K. Fatica, Director, Miami Asylum Office's Unopposed Motion to Stay Pending Resolution of Defendants' Motion to Dismiss filed on September 9, 2025 (DE 23).[1]  Having considered the pertinent portions of the record, and being otherwise fully advised in the premises, for good cause shown, it is hereby **ORDERED and ADJUDGED** that:

    The Motion (DE 23) is **GRANTED**.  All deadlines are **STAYED** pending the Court's

---

[1] Pursuant to Administrative Order 2024-10 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.

ruling on the pending Motion to Dismiss Complaint for Writ of Mandamus and Injunctive Relief under the Administrative Procedure Act (DE 13).

**DONE and ORDERED** in Chambers in Miami, Florida on this 18th day of September, 2025.

*[signature: Ellen D'Angelo]*

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc: *Pro Se* Plaintiff Dmitrii Shitov
All Counsel of Record