UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-23064-EFD

**DMITRII SHITOV,**

    **Plaintiff,**

v.

**U.S. DEPARTMENT OF
HOMELAND SECURITY, et al.,**

    **Defendants.**

_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO RESPONSE TO MOTION TO DISMISS**

The United States, by and through the undersigned counsel, respectfully moves unopposed for a 15-*day extension of time through October 20, 2025,* within which to file their response to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss (ECF No. 25). In support of the motion, the Government states:

On July 9, 2025, Plaintiff filed a Complaint. (D.E. 1). The government filed a Motion to Dismiss on August 19, 2025. (D.E. 13). On September 29, 2025, Plaintiff filed a Response in Opposition to the Defendants' Motion to Dismiss. The government's reply is due on October 6, 2025. However, due to the press of other litigation matters and a family medical emergency, the Defendants respectfully request a 15-day extension of time through October 21, 2025, within which to file a response.

Defendants do not seek this extension of time for purposes of delay, and there will be no prejudice if the Court grants this motion.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending the time for filing the Response to Plaintiff's Response to Defendants' Motion to Dismiss through October 21, 2025.

**Good Faith Certificate Pursuant to Local Rule 7.1(a)(3)**

On the afternoon of October 6, 2025, the undersigned emailed Plaintiff, Mr. Dmitrii Shitov to determine his position as to the government's motion for an extension. Mr. Shitov has responded that he is not opposed to this Motion for Extension.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: /s/ Michele S. Vigilance
MICHELE S. VIGILANCE
Assistant U.S. Attorney
Court ID No. 5502091
E-mail: michele.vigilance@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 432-1406

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being emailed Plaintiff, Mr. Dmitrii Shitov at dmitrii@gmail.com on this day.

/s/Michele S. Vigilance
Michele S. Vigilance, AUSA