**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-23064-CIV-D'ANGELO**

**DMITRII SHITOV,**

     **Plaintiff,**

**vs.**

**U.S. DEPARTMENT OF HOMELAND**
**SECURITY(DHS), et al.,**

     **Defendants.**

_____/

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO TRANSFER VENUE**

    **THIS CAUSE** is before the Court on Defendants' Unopposed Motion to Transfer Venue filed on April 1, 2026 (DE 32).[1]  In the instant Motion, Defendants state that transfer to the Eastern District of New York is appropriate, because Plaintiff now resides there (*id*.).  Plaintiff does not oppose the instant Motion (*id*.).  Having considered the Motion, the pertinent portions of the record, finding the transfer proper under Title 28, United States Code, Section 1404, and being otherwise fully advised in the premises, for good cause shown, it is hereby **ORDERED and ADJUDGED** that:

1. The Motion (DE 32) is **GRANTED**.

2. The Clerk of Court is respectfully directed to **TRANSFER** and **REASSIGN** this case in its entirety to the United States District Court for the Eastern District of New York.

---

[1] Pursuant to Administrative Order 2025-11 ("Administrative Order"), the undersigned United States Magistrate Judge has been assigned as the presiding judge for all purposes in this case, including entering a dispositive order and final judgment.

3. The Clerk of Court is further respectfully directed to **CLOSE** this case in the Southern District of Florida.

**DONE and ORDERED** in Chambers in Miami, Florida on this 9th day of April, 2026.

_____
ELLEN F. D'ANGELO
UNITED STATES MAGISTRATE JUDGE

cc:     *Pro Se* Plaintiff Dmitrii Shitov
        All Counsel of Record

2